# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Theresa Cormier, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13445-DRH-PMF |
| *Jillian Eidson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-11555-DRH-PMF |
| *Yovela Hickok, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13452-DRH-PMF |
| *Camille Hynds, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13291-DRH-PMF |
| *Karla Mann v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10235-DRH-PMF |
| *Tamya McFolling, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13437-DRH-PMF |
| *Amanda Sikes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10671-DRH-PMF |
| *Paula Brant v. Bayer Corporation, et al.* | No. 3:11-cv-10171-DRH-PMF |
| *Robin Carlucci, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12500-DRH-PMF |
| *Kathryn Clower v. Bayer Corporation, et al.* | No. 3:12-cv-10539-DRH-PMF |
| *Samantha Crandall v. Bayer Corporation, et al.* | No. 3:11-cv-12701-DRH-PMF |
| *Catherine Dickenson v. Bayer Corporation, et al.* | No. 3:11-cv-13388-DRH-PMF |
| *Danielle Farber v. Bayer Corporation, et al.* | No. 3:11-cv-12987-DRH-PMF |
| *Colleen Fillmore v. Bayer Corporation, et al.* | No. 3:10-cv-10647-DRH-PMF |

| | |
|---|---|
| *Gretchen Gilliland v. Bayer Corporation, et al.* | No. 3:11-cv-10052-DRH-PMF |
| *Doris Marie Haas v. Bayer HealthCare LLC, et al.* | No. 3:11-cv-13384-DRH-PMF |
| *Brianne Haatvedt v. Bayer Corporation, et al.* | No. 3:11-cv-12345-DRH-PMF |
| *Caitlin Huffman v. Bayer Corporation, et al.* | No. 3:12-cv-10731-DRH-PMF |
| *Jodi Jones v. Bayer Corporation, et al.* | No. 3:12-cv-10106-DRH-PMF |
| *Debbie Lynn v. Bayer Corporation, et al.* | No. 3:10-cv-13580-DRH-PMF |
| *Kathryn W. Merchant v. Bayer Corporation, et al.* | No. 3:12-cv-10371-DRH-PMF |
| *Dorothy Moran v. Bayer Corporation, et al.* | No. 3:12-cv-10732-DRH-PMF |
| *Peggy J. Moss v. Bayer Corporation, et al.* | No. 3:12-cv-10551-DRH-PMF |
| *Deanna Rochette v. Bayer Corporation, et al.* | No. 3:12-cv-11111-DRH-PMF |
| *Mary Stahley v. Bayer Corporation, et al.* | No. 3:12-cv-10010-DRH-PMF |
| *Alexis Stewart v. Bayer Corporation, et al.* | No. 3:12-cv-10307-DRH-PMF |
| *Kristina Whiteside v. Bayer Corporation, et al.* | No. 3:12-cv-10011-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 11, 2015, the above captioned cases

are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                       **JUSTINE FLANAGAN,**
                                       **ACTING CLERK OF COURT**

                                       **BY:** _/s/Cheryl A. Ritter_
                                       **Deputy Clerk**

Date: February 17, 2015

Digitally signed by David R. Herndon
Date: 2015.02.17 09:55:02 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT